IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ATAIN INSURANCE COMPANY,

                Plaintiff,                                          **8:25CV143**

        v.

UNION PACIFIC R.R. CO.,[1]                                          **ORDER**

                Defendant/Third-Party
                Plaintiff,

        v.

SISECAM WYOMING LLC,

                Third-Party Defendant.

This matter is before the Court on defendant and third-party plaintiff Union Pacific Railroad Company's ("Union Pacific") Notice of Dismissal of Third-Party Defendant Sisecam Wyoming LLC with Prejudice (Filing No. 45), which the Court construes as a motion to dismiss.

To voluntarily dismiss a third-party claim, "[a] claimant's voluntary dismissal under Rule 41(a)(1)(A)(i) must be made: (1) before a responsive pleading is served; or (2) if there is no responsive pleading, before evidence is introduced at a hearing or trial." Fed. R. Civ. P. 41(c). And under Rule 41(a)(1)(A), an action may be voluntarily dismissed without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or by filing "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(i), (ii). Because third-party defendant Sisecam Wyoming, LLC ("Sisecam") has filed an answer in this case (Filing

---

[1]In its corporate disclosure statement (Filing No. 8), the defendant identifies itself as "Union Pacific Railroad Company." The Clerk of Court is directed to amend the case caption and docket accordingly.

No. 21) and the notice is not "signed by all parties who have appeared," a court order is necessary. *See* Fed. R. Civ. P. 41(a)(2) (providing "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper").

Union Pacific filed the notice on April 30, 2026. More than twenty-one days have passed and neither Siscam nor the main plaintiff in the case have voiced any opposition to the notice. *See* NECivR. 7.1(b)(B) (noting a brief opposing a motion to dismiss "must be filed and served within 21 days"). In light of the foregoing, the Court will grant the requested voluntary dismissal with prejudice. Accordingly,

IT IS ORDERED:

1.  Defendant and Third-Party plaintiff Union Pacific Railroad Company's ("Union Pacific") Notice of Dismissal of Third-Party Defendant Sisecam Wyoming LLC with Prejudice (Filing No. 45), which the court construes as a motion to dismiss, is granted.

2.  All third-party claims asserted by Union Pacific against third-party defendant Sisecam Wyoming LLC are dismissed with prejudice.

Dated this 3rd day of June 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge

2